FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. 4:22-cv-00732-LPR-JJV

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 17 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Jeffrey Scott Miner
   ADC # N/A
   Address: 801 Locust St. Conway Ar. 72034

   Name of plaintiff: _____
   ADC # _____
   Address: _____

   Name of plaintiff: _____
   ADC # _____
   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Turnkey Medical Co
   Position: Provider for medical
   Place of employment: Faulker County detention
   Address: _____

   Name of defendant: Mr. Antwan Carter
   Position: LPN / doctor

-4-

This case assigned to District Judge <u>Rudofsky</u>
and to Magistrate Judge <u>Volpe</u>

Place of employment: __Faulkner County detention__

Address: __801 Locust Conway Ar. 72034__

Name of defendant: __Savannah Mann__

Position: __Nurse__

Place of employment: __Faulkner County detention__

Address: __801 Locust Conway Ar 72034__

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _Faulkner Co detention Center_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _90 day sanction for parole ADC_

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _Yes my grievances were directed to medical / Turkey ordered by Corporal Barnett._

Yes ✓   No ____

If not, why? _____

_____

## VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I hereby claim deliberate indifference, all dates are entered in the medical kiosk provided to me in pod 214. Sick calls, grievances, and requests for medical help are all dated and numbered. Everything recorded is on record with turnkey medical. 1.) 7/12/22 ID# 28517332 2.) 7/14/22 ID# 25847054 3.) 7/17/22 ID# 28570623 7/26/22 ID# 28680950 4.) 7/27/22 ID# 28691541 5.) ID# 28691578 6.) 7/28/22 ID# 28703762 7.) 7/29/22 ID# 28716616 From the very beginning of my incarceration I made the staff of turnkey medical aware of my chronic disc d.130650 and the problem of a possible pinched syatic nerve in my lower back. They were made aware

(6)

of my back surgery (discectomy) in Dec. 2019. I signed consent for records Application for Ortho of Arkansas and St. Vincents Hospital so Turnkey medical was aware of my condition. I followed protocol filing 3 nurse calls the nurse call being referred to Mr. Artman Center LPN/doctor on the 2nd nurse visit. (all this recorded and numbered from kiosk.. At first I was put on (I-b profun) I told the nurse that it was not helping with my syatic pain I told nurse Mann that I had no feeling in my left leg and that I needed to see my own doctor. She responded in a unprofessional manner claiming that Turnkey was not gonna pay for an injury I brought in. My response was I did not bring an injury in, it's a chronic disease that needs to be addressed immediatley.

She said I was added to the doctors list and I would see him soon. To no avail, I was taken off the list and by order of Mr. Antwan Carter I was to start a prescription of (Moloxocan). After days of taking medication I then again made staff aware that (Moloxocan) was not working. I was told I was put on the doctors list again. I was called out Monday 7/25/2022 I was called in for doctors call. Standing in front of Mr. Antwan Carter I was told by him I was not on his list but he wrote & not to continue (Moloxocan) for change back pain medication I had told nurses staff that was not working. I have filed grievances with Turnkey medical request complaints that my condition has worsened with swelling in both my legs & dead leg syndrome in my left foot and leg.

8/10/22 ID# 2846850
Faulkner County Lt. Piper 8/7/22
8/9/22 Capt. Huffman FD# 2846670

My final grievances were to staff (security) to make them aware of the situation at hand. Asking both security and medical staff for an emergency medical release so I can pursue my ortho doctor and the only alternative (surgery) that is needed on my back.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive and Compentary damges for dilebrate indifference, medical neglect crue/ and unusual punishment and pain and suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 10 day of Aug, 2022

Jeffrey Scott Miner
Signature(s) of plaintiff(s)

NOTE TO CLERK:
I turned in my Former Pauper Calculation sheet and to no avail they have returned ignoring my pleas that I needed to mail it to the courts.

-8-

Miner, Jeffery 214
501 Locust. St.
Conway, AR. 72034

"Legal Mail"

Pro Se Clerk
600 West Capitol Ave.
Room A-149
Little Rock, AR. 72201

FIRST-CLASS
US POSTAGE
ZIP 72034
02 7H
0001297189
$ 000.81⁰
AUG 16 2022

INDIGENT MAIL