IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY SCOTT MINER**                                                                              **PLAINTIFF**

v.                              Case No. 4:22-CV-732-LPR

**TURN KEY HEALTH CLINICS, LLC,**
**Medical Provider, Faulkner County Detention; et al.**                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for preliminary injunctive relief (Doc. 8) is DENIED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE