IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY SCOTT MINER**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:22-cv-00732-LPR

**TURN KEY HEALTH CLINICS, LLC,**
Medical Provider, Faulkner County Detention, et al.                                   **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court adopts the RD in its entirety.

Accordingly, the Complaint (Doc. 2) is dismissed without prejudice due to lack of prosecution. This case is thus CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would be frivolous and not in good faith.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE